■ STANIO BISTREFF, Respondent, v. LIUBEN BACHVAROV et al., Appellants.— Motion to extend time granted on condition that appellants be ready to argue or submit the appeals on October 3, 1960, for which day the appeals are ordered to be placed on the calendar. The record and appellants' briefs must be served and filed on or before September 27, 1960.

■ CAMP RAMAQUOIS, INC., Respondent, v. MEL GREENE, Defendant, and SYD GREENE, Appellant.— Motion for a stay, pending appeal, and for other relief, denied, without costs. Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 14, 1960.

■ HANNAH CHAIS et al., Respondents, v. ANTHONY DOMENA et al., Appellants.— Motion for a stay, pending appeal, granted on condition that appellants be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960. The record and appellants' brief must be served and filed on or before September 28, 1960.

■ PATRICK CONSALVAS, Appellant, v. BROOKLYN LOAN CORPORATION, Respondent.— Motion for a stay pending appeal granted on condition that appellant be ready to argue or submit the appeal at the October Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The appeal will be heard on the original papers and on the typewritten briefs of appellant and respondent. The parties are directed to file five copies and to serve one copy of their respective briefs. The appellant's brief must be served and filed on or before September 28, 1960.

■ HERMAN ESSNER, Respondent, v. PAULMOE STATIONERY STORES, INC., et al., Defendants, and STATELY BUILDERS, INC., et al., Appellants.— Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before October 14, 1960.

■ DAVID L. GITTLITZ et al., Respondents, v. ROBERT S. LEWIS, Appellant.— Motion to dismiss appeal denied, without costs. Motion for a stay, pending appeal, granted on condition that appellant be ready to argue or submit the appeal on September 16, 1960.

■ In the Matter of the Probate of the Will of LORENZA EREMITA, Deceased. HYMAN WEINER, Appellant; GIUSEPPE TARRANTINO, Respondent.— Motion to extend time, dismissed, without costs, as academic.

■ In the Matter of SALVATORE LO PICCOLO et al., Appellants, v. JOHN J. MCCLOSKEY, as Sheriff of the City of New York, et al., Respondents.— Motion to stay the Sheriff from delivering his deed to certain property pending determination of the appeal herein, granted on condition: (1) that the appellants be ready to argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar; and (2) that within 10 days after the entry of the order hereon, appellants shall file an undertaking for $1,000, with corporate surety to pay all costs, disbursements and damages in the event the order appealed from be affirmed or the appeal be dismissed. The record and appellants' brief must be served and filed on or before October 14, 1960.

■ In the Matter of the Accounting of SYLVIA POLINSKY et al., as Administrators of the Estate of DAVID G. POLINSKY, Deceased. ESTHER POLINSKY et al., Appellants; HARRY GITTLESON, Respondent.— Motion to vacate default on appeal and for rehearing, denied, without costs.